IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                       Plaintiff,              JUDGMENT AND ORDER

v.

                                                     17-po-03-slc

BRANDON BARNHARDT,

                       Defendant.
_____

      During a July 25, 2017 telephonic status conference with the court and the government's attorney, defendant Brandon Barnhardt agreed to settle Violation Notice 6464417 for $220 + $30 costs. *See* text-only order (dkt. 3) and transcript (dkt. 5). On September 28, 2107, the government reported to the court that Barnhardt had failed to pay any part of the agreed fine and was not returning the government's telephone calls. At the government's request, the court set this case for a bench trial, which ultimately was noticed for January 25, 2018 at 1:00 p.m. in Madison.

      Barnhardt did not appear for trial. The government put on sworn testimony from the ticketing officer and entered as an exhibit the baggie of marijuana that Barnhardt had turned over on January 28, 2017. Accordingly, the court found that the government had proved the elements of possession of a controlled substance on a National Wildlife Refuge in violation of 50 CFR 27.82(b)(2) as charged in Violation Notice 6465517. The court imposed a $270 fine plus costs and gave Barnhardt a month to pay.

ORDER

      It is ORDERED that defendant Brandon Barnhardt shall pay a fine of $270 + $30 costs, for a total of $300, not later than February 26, 2018. Barnhardt is to make the check or money order payable to Clerk of Court, and send it to the Clerk of Court, United States District Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703.

      Entered this 25th day of January, 2018.

                                                               BY THE COURT:

                                                               /s/

                                                               STEPHEN L. CROCKER
                                                               Magistrate Judge